```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

SIDNEY NELSON, #R4858                                    PETITIONER

VS.                        CIVIL ACTION NO. 5:07-cv-167(DCB)(MTP)

TIM SIMMONS, ET AL                                       RESPONDENTS

## FINAL JUDGMENT

This matter having come on to be heard on the petitioner's objection to Magistrate Judge Michael T. Parker's Report and Recommendation of March 17, 2008, and after a full review of the record having entered an Order dismissing petitioner's petition for writ of habeas corpus with prejudice, the Court now grants final judgment in favor of the respondents and against the petitioner in this cause.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the __29th__ day of May, 2008.


                                    s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE