IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**SIDNEY NELSON**                                                                                      **PETITIONER**

**VERSUS**                                          **CIVIL ACTION NO. 5:07cv167(DCB)(MTP)**

**TIM SIMMONS, ET AL.**                                                                   **RESPONDENTS**

CERTIFICATE OF APPEALABILITY

  A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court pursuant to 28 U.S.C. § 2254 or the detention arises out of a judgment and conviction in federal court which is being challenged pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, hereby finds that:

Part A

 ___  A certificate of appealability should issue.  (See reasons below.)

 _X_  A certificate of appealability should not issue. (See reasons below.)

Part B
(for non-CJA pauper cases only)

 _X_  The party appealing is a pauper.

 ___  The party appealing is not a pauper. (See reasons below.)

REASONS:

  The petitioner has failed to make a "substantial showing of the denial of a constitutional right." Cannon v. Johnson, 134 F.3d 683 (5th Cir. 1998) (citing Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).


Date: 9/22/08                                                                /s/ David Bramlette
                     UNITED STATES DISTRICT JUDGE


(Revised 2/2000)